# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

NORMAN A. SANDERS

NO. 2023 KW 0716

**SEPTEMBER 25, 2023**

---

In Re:    Norman A. Sanders, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 197186.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.** Relator's attack of his indictment does not point to an illegal term in his sentences. Therefore, his claim may not be raised in a motion to correct an illegal sentence. See La. Code Crim. P. art. 881.5; **State v. Alexander**, 2014-0401 (La. 11/7/14), 152 So.3d 137 (*per curiam*). Furthermore, it is the fact of a non-unanimous jury conviction that entitles a defendant to relief under **Ramos v. Louisiana**, 590 U.S. ___, 140 S.Ct. 1390, 206 L.Ed.2d 583 (2020), not any other procedural defect. See **State v. Vaughn**, 2022-00214 (La. 5/5/23), 362 So.3d 363. A jury unanimously convicted relator of two counts of first degree murder. Accordingly, the district court did not abuse its discretion by denying relator's motion to correct an illegal sentence.

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT